# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOSHUA HUSOK,<br><br>           Plaintiff,<br><br>vs.<br><br>STATION CASINOS, LLC,<br><br>           Defendant. | 2:20-cv-01939-KJD-DJA<br><br>**<u>ORDER</u>** |

       This matter has been set for an Early Neutral Evaluation session on December 22, 2020, at 10:00 AM. (ECF No. 9). Due to rising COVID-19 cases, the Early Neutral Evaluation session will be conducted by video conference.

       Accordingly,

       IT IS ORDERED that the Early Neutral Evaluation session will be conducted by **video conference at 10:00 a.m., December 22, 2020, before U.S. Magistrate Judge, Cam Ferenbach**.

       **It is responsibility of the parties to set-up and coordinate the video conference for the Early Neutral Evaluation session.** Each party may choose to use any video conference software/app to conduct the Early Neutral Evaluation session. The court will conduct simultaneous video conferences with each party during the Early Neutral Evaluation session and will need a separate video conference link from each party.

       Each party must then send an invitation link for the Early Neutral Evaluation session to VCF_Chambers@nvd.uscourts.gov by December 15, 2020. Each party must contact chambers (702-464-

5540) by December 15, 2020 and be prepared to do a test run of the video conference with chambers on December 15, 2020.

All else as stated in the order setting the Early Neutral Evaluation session remains unchanged. (ECF No. 9).

DATED this 6th day of November, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE