FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants, Station Casinos LLC
And NP Red Rock LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA HUSOK, | Case No.: 2:20-cv-01939 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES** |
| STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive, | **(First Request)** |
| Defendants. | |

The parties, by and through their respective counsel hereby stipulate to extend the Scheduling Order deadlines in this case as follows:

| | |
|---|---|
| Discovery Deadline | June 30, 2021 |
| Dispositive Motion Deadline | July 30, 2021 |
| Joint Pretrial Order | August 30, 2021 or 30 days from the ruling on a dispositive motion |

This is the first request for an extension of these deadlines.  The parties provide the following information regarding the proposed extension of the discovery deadline.

FP 40214546.1

- 1 -

### *Discovery Completed to Date*

The parties have served their Initial Disclosures and supplements thereto. Defendants have served interrogatories and requests for production and Plaintiff has responded. Plaintiff has served two sets of interrogatories and two sets of requests for production to which responses to which are not yet due.

### *Remaining Discovery to Be Completed*

The depositions of Plaintiff, current and former employees of Defendants, and other persons, as well as possible further written discovery.

### *Reasons Discovery Could Not Be Completed Within the Existing Deadline*

There are about 10-12 depositions to take in this case, which has significant overlap in terms of facts and witnesses with another case pending in this Court – *Farfan v. Station Casinos et. al.,* 2:20-cv-01515-JAD-NJK (the "Farfan Case"). Counsel are the same in both case. Counsel have had discussions which lead them to believe that many witnesses can be deposed for purposes of this case and the Farfan Case on the same day. The Farfan Case is further along than this case in terms of removal dates and how much written discovery has been completed, and the two cases needed to be relatively even in terms of written discovery achieved before depositions could commence. This roughly equal footing has now been reached, but not all the depositions can be taken by the existing deadline of April 28. The discovery deadline in Farfan has already been extended past April 28 to allow for further time for depositions.

///

///

///

///

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

*Proposed Dates for Completion of Discovery*

The parties believe they will be able to complete discovery by the proposed new date of June 30, 2021.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By:/s/Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By:/s/Victoria L. Neal<br>Victoria L. Neal, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 1, 2021