FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants, Station Casinos LLC
And NP Red Rock LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA HUSOK,<br><br>                Plaintiff,<br><br>vs.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>                Defendants. | Case No.: 2:20-cv-01939-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>         **(Second Request)** |

The parties, by and through their respective counsel hereby stipulate to extend the Scheduling Order deadlines in this case as follows:

| | |
|---|---|
| Discovery Deadline | September 30, 2021 |
| Dispositive Motion Deadline | November 1, 2021 |
| Joint Pretrial Order | December 1, 2021 or 30 days from the ruling on a dispositive motion |

This is the second request for an extension of these deadlines.  The parties provide the following information regarding the proposed extension of the discovery deadline.

- 1 -

FP 40743801.1

### *Discovery Completed to Date*

The parties have served their Initial Disclosures and supplements thereto. Defendants have served interrogatories and requests for production and Plaintiff has responded. Plaintiff has served two sets of interrogatories and two sets of requests for production and Defendants have responded.

### *Remaining Discovery to Be Completed*

The depositions of Plaintiff, current and former employees of Defendants, persons most knowledgeable for Defendants, and other persons, as well as possible further written discovery.

### *Reasons Discovery Could Not Be Completed Within the Existing Deadline*

As the Court has been advised in the past, this case has significant overlap in terms of facts and witnesses with another case pending in this Court – *Farfan v. Station Casinos et. al.,* 2:20-cv-01515-JAD-NJK (the "Farfan Case"), and counsel are the same in both cases. Counsel have had discussions which lead them to believe that many witnesses can be deposed for purposes of this case and the Farfan Case on the same day. Depositions have been scheduled for June 28-30 and July 7. (The Farfan Case has a discovery deadline past June 30).

Regarding the requested extension of discovery to September 30, in addition to both counsel having the usual assortment of depositions, motions, hearings, mediations and appellate work in other cases, Plaintiff has recently been preoccupied with the health problems of an elderly parent; in fact, the parent was taken to the hospital on June 8. Additionally, Plaintiff's counsel has a two-week FLSA trial (Complaint filing date in 2016) set for August 16 that involves three plaintiffs and two defendants, which

will require her exclusive focus for the two weeks leading up to the trial and of course during the trial.

*Proposed Dates for Completion of Discovery*

The parties believe they will be able to complete discovery by the proposed new date of September 30, 2021.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By: /s/Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By: /s/Victoria L. Neal<br>Victoria L. Neal, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 11, 2021

FP 40743801.1