```
FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants, Station Casinos LLC
And NP Red Rock LLC
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA HUSOK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-01939-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES**<br>　　　**(Third Request)** |

　　　The parties, by and through their respective counsel hereby stipulate to extend the Scheduling Order deadlines in this case as follows:

| | |
|---|---|
| Discovery Deadline | November 30, 2021 |
| Dispositive Motion Deadline | December 30, 2021 |
| Joint Pretrial Order | January 31, 2022 or 30 days from the ruling on a dispositive motion |

　　　This is the third request for an extension of these deadlines.  The parties provide the following information regarding the proposed extension of the discovery deadline.

### Discovery Completed to Date

The parties have served their Initial Disclosures and supplements thereto. Defendants have served interrogatories and requests for production and Plaintiff has responded. Plaintiff has served two sets of interrogatories and two sets of requests for production and Defendants have responded. Jennifer Johnson has been deposed. Rita Oliveri and Kiernia Jimenez-Milan were deposed June 28. Plaintiff was deposed on July 12, but his cross-examination needs to be completed because Plaintiff's counsel had a flare-up of a medical condition that caused the deposition to stop. The depositions of Antonio Nunez, Tia Campbell, Betty Martin, Jesus Garcia, Nyemma Demmons and Stacy King are scheduled for September 13, 15 and 22.

### Remaining Discovery to Be Completed

After the depositions above are completed, a few other depositions will remain to be done, along with any Rule 30(b)(6) deposition topics, and possible related written discovery.

### Reasons Discovery Could Not Be Completed Within the Existing Deadline

In addition to both counsel having the usual assortment of depositions, motions, hearings, mediations and appellate work in other cases, Plaintiff's counsel remains preoccupied with the considerable ongoing health problems of an elderly parent. Plaintiff's counsel also has her own serious health condition with flare-ups that presently impacts her ability to work at times. Among other things, this condition presently necessitates that depositions not be scheduled on consecutive days.

///

///

///

*Proposed Dates for Completion of Discovery*

The parties believe they will be able to complete discovery by the proposed new date of November 30, 2021.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By:/s/Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By:/s/Victoria L. Neal<br>Victoria L. Neal, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 9, 2021

FP 41580150.1