FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants, Station Casinos LLC
And NP Red Rock LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA HUSOK,             )<br>         Plaintiff,    )<br>              )<br>   vs.                )<br>              )<br>STATION CASINOS, LLC, a Nevada )<br>Limited Liability Company; NP RED )<br>ROCK, LLC, d/b/a RED ROCK )<br>CASINO, RESORT AND SPA, a )<br>Nevada Limited Liability Company; )<br>ROE Business Organizations I-X; and )<br>DOE INDIVIDUALS I-X, Inclusive, )<br>              )<br>        Defendants.   )<br>_____) | Case No.: 2:20-cv-01939-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES**<br>     **(Eighth Request)** |

The parties, by and through their respective counsel, hereby stipulate to extend the Scheduling Order deadlines in this case as follows:

| | |
|---|---|
| Discovery Deadline | August 5, 2022 |
| Dispositive Motion Deadline | September 6, 2022 |
| Joint Pretrial Order | October 6, 2022, or 30 days from the ruling on a dispositive motion |

This is the eighth request for an extension of these deadlines. The parties provide the following information regarding the proposed extension of the discovery deadline.

- 1 -

FP 44209830.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1

2

### *Discovery Completed to Date*

3

4

The parties have served their Initial Disclosures and supplements thereto.

5

Defendants have served interrogatories and requests for production and Plaintiff has

6

responded.  Plaintiff has served two sets of interrogatories and two sets of requests for

7

production and Defendants have responded.  Jennifer Johnson has been deposed.  Rita

8

Oliveri and Kiernia Jimenez-Milan were deposed June 28, 2021.  Plaintiff was deposed

9

on July 12, but his cross-examination was postponed because Plaintiff's counsel had a

10

flare-up of a medical condition that caused the deposition to stop.  Antonio Nunez was

11

deposed September 13.  Tia Campbell and Betty Martin were deposed September 15.

12

Nyemma Demmons was deposed September 22.  Erika Hernandez and Sammy Flores

13

were deposed October 19.  Stacy King was deposed October 21.  Plaintiff's deposition

14

was concluded on October 25.  Elizabeth Alva and Guicela Alva were deposed January

15

10, 2022.  The deposition of Zezy Farfan started on January 11, but it had to be

16

17

postponed (for reasons discussed in prior submissions).  Michelle Cortes was deposed

18

March 2.  Farfan was deposed April 22.

19

### *Remaining Discovery to Be Completed*

20

Plaintiff's Rule 30(b)(6) deposition topics and possibly other limited discovery.

21

### *Reasons Discovery Could Not Be Completed Within the Existing Deadline*

22

23

The Court may recall that the parties have agreed to consolidate discovery in

24

this case with discovery in the somewhat related case of *Farfan v. Station Casinos LLC*

25

*et. al.* (Case No. 2:20-cv-01516-JAD-NJK), which requires additional time to prepare

26

for and take each deposition.

27

28

FP 44209830.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1    The parties have been grappling with Rule 30(b)6) issues, but working amicably

2    towards resolution, hopefully without court intervention.    While    trying    to    work

3    through these issues without the involvement of the Court, counsel for the parties have

4    had the usual assortment of hearings, depositions, briefs and appellate work in other

5    matters.  Defense counsel has not been able to focus on this case much in recent weeks

6    because he had an *en banc* oral argument before the Nevada Supreme Court on May 16,

7    2022 in a case of first impression, was out-of-state from May 26 through June 2, and

8    prepared a 68-page Answer in a case involving 76 plaintiffs for filing on June 6 (which

9    involved dozens of hours of work).

10

11                  ***Proposed Dates for Completion of Discovery***

12    The parties believe they will be able to complete discovery by the proposed new

13    date of August 5, 2022.

14    FISHER & PHILLIPS                        KEMP & KEMP

15

16    By:/s/Scott M. Mahoney                   By:/s/Victoria L. Neal
      Scott M. Mahoney, Esq.                   Victoria L. Neal, Esq.
17    300 S. Fourth Street #1500               7435 W. Azure Drive #110
      Las Vegas. NV 89101                      Las Vegas, NV 89130
18    Attorney for Defendants                  Attorney for Plaintiff

19

20                              IT IS SO ORDERED:

21                              _____

22                              UNITED STATES MAGISTRATE JUDGE

23                              Dated:___June 10, 2022_____

24

25

26

27

28

- 3 -

FP 44209830.1