FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants, Station Casinos LLC
And NP Red Rock LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA HUSOK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-cv-01939-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(First Request)[1]** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the dispositive motion deadline will be extended up to and including September 30, 2022, with the obligation to file a Joint Pretrial Order suspended until 30 days after a decision is rendered on any dispositive motion (or until October 31, 2022, if no dispositive motion is filed). Aside from counsel having the usual assortment of depositions, motion practice and appellate work in other matters, the current deadline

---

[1] This is the first request made after the lapsing of the August 5, 2022 discovery deadline, although the dispositive motion deadline has been extended various other times in the past as part of extensions of the discovery deadline.

- 1 -

FP 44755262.1

1  falls on September 6, 2022, which is the same date that a dispositive motion is due in
2  another case involving both counsel.  The extension will allow the briefing in the two
3  matters to be staggered.  This is the first request for an extension of this deadline since
4  the close of discovery.

FISHER & PHILLIPS

By:/s/Scott M. Mahoney
Scott M. Mahoney, Esq.
300 S. Fourth Street #1500
Las Vegas. NV 89101
Attorney for Defendants

KEMP & KEMP

By:/s/Victoria L. Neal
Victoria L. Neal, Esq.
7435 W. Azure Drive #110
Las Vegas, NV 89130
Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: August 12, 2022