JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*JOSHUA HUSOK*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA HUSOK,<br><br>    Plaintiff,<br><br>vs.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-01939-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>**[SECOND REQUEST]** |

Plaintiff JOSHUA HUSOK and Defendant STATION CASINOS, LLC and NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, by and through their undersigned counsel, hereby submit this Stipulation and Order to Extend Summary Judgment Briefing Schedule. Defendant have filed a summary judgment motion. (ECF No. 38). The current deadline for Plaintiff to respond is October 20, 2022. The new requested date is **Friday, February 20, 2023**. This request is made in good faith, is not made to cause delay, is submitted pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, and is the parties' first request. As demonstrated below, good cause exists for the parties' request:

1

1. The need for the extension arises from the sudden and unexpected disability of Plaintiff's attorney Victoria L. Neal, Esq.

2. Ms. Neal has been incapacitated for approximately three months while undergoing daily treatment and therapy. Ms. Neal had a medical procedure on November 21, 2022, and was out the entire week for recuperative purposes, as well as the holiday. The procedure was partially for treatment purposes, as well as serving as further diagnostic testing. She began working on a part-time basis November 28, 2022, while awaiting a determination if the 11/21/22 procedure was successful or if further medical intervention is necessary. This is an ongoing process and Ms. Neal has a medical appointment on December 6, 2022, for results and further treatment plan(s) as needed. Ms. Neal has a response to a motion for summary judgment due on January 9, 2023, in the "companion" case of *Farfan v. STATION CASINOS, LLC and NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA*, Case No.: 2:20-cv-01516-CDS-NJK, in addition to other matters, including a motion for protective order, responses to discovery requests, and administrative agency matters, but presently believes the additional time requested should be sufficient.

3. In consideration of the above, the parties submit that good cause exists to extend the deadline for Plaintiff to respond to Defendants' motion for summary judgment.

***REMAINDER OF PAGE INTENTIONALLY LEFT BLANK***

Dated:  December 1, 2022

Respectfully submitted,

/s/ Victoria L. Neal
JAMES P. KEMP, ESQ., NV Bar #6375
VICTORIA L. NEAL, ESQ., NV Bar 13382
KEMP & KEMP

Attorneys for Plaintiff
Josh Husok

Dated:  December 1, 2022

Respectfully submitted,

/s/ Scott M. Mahoney
SCOTT M. MAHONEY, ESQ., NV Bar #1099
FISHER & PHILLIPS, LLP
300 S. FOURTH STREET, SUITE 1500
LAS VEGAS, NEVADA 89101

Attorneys for Defendants
Station Casinos, LLC and NP Red Rock Casino LLC, d/b/a Red Rock Casino Resort and Spa

**IT IS SO ORDERED.**

Dated:  December 2, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE
KENT J. DAWSON

3