JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*JOSHUA HUSOK*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA HUSOK,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-01939-KJD-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>**[FOURTH REQUEST]** |

Plaintiff JOSHUA HUSOK and Defendant STATION CASINOS, LLC and NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, by and through their undersigned counsel, hereby submit this Stipulation and Order to Extend Summary Judgment Briefing Schedule. Defendants have filed a summary judgment motion. (ECF No. 38). The current deadline for Plaintiff to respond is Monday, April 17, 2023. The new requested date is **Monday, April 24, 2023**.

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

This request is made in good faith, is not made to cause delay, is submitted pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, and is the parties' fourth request. As demonstrated below, good cause exists for the parties' request:

1.   The need for the extension arises from the sudden and unexpected disability of Plaintiff's attorney Victoria L. Neal, Esq. which began in August 2022. The parties have kept the Court informed of her progress and that she begun working a very reduced schedule and to the extent possible since November 2022. During that time, Ms. Neal responded to motions for summary judgment, filed and responded to several discovery motions, provided responses to discovery requests, and addressed administrative agency matters.

2.   In addition to testing, treatment, and therapy, Ms. Neal had a medical procedure on November 21, 2022, and was out the entire week for recuperative purposes, as well as the holiday. The procedure was partially for treatment purposes, as well as serving as further diagnostic testing. In December 2022, it was determined that the November procedure was unsuccessful, and that spine surgery would be required.

3.   The spine surgery occurred on February 8, 2023, with an expected recovery of 4-5 weeks. Ms. Neal anticipated returning between March 15, 2023, and March 20, 2023; however, Ms. Neal experienced, and continues to experience, post-operative complications impeding her ability to return to a full-duty schedule.

4.   In consideration of the above, the parties submit that good cause exists to extend the deadline for Plaintiff to respond to Defendants' motion for summary judgment.

**KEMP & KEMP**
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

Dated:  April 13, 2023                    Dated:    April 13, 2023

Respectfully submitted,                   Respectfully submitted,

/s/ Victoria L. Neal                      /s/  Scott M. Mahoney
JAMES P. KEMP, ESQ., NV Bar #6375         SCOTT M. MAHONEY, ESQ., NV Bar #1099
VICTORIA L. NEAL, ESQ., NV Bar 13382      FISHER & PHILLIPS, LLP
KEMP & KEMP                               300 S. FOURTH STREET, SUITE 1500
                                          LAS VEGAS, NEVADA 89101
Attorneys for Plaintiff
Josh Husok                                Attorneys for Defendants
                                          Station Casinos, LLC and NP Red Rock Casino
                                          LLC, d/b/a Red Rock Casino Resort and Spa

**IT IS SO ORDERED.**

Dated:  _____, 2023.
                April 14

_____
UNITED STATES DISTRICT COURT JUDGE
KENT J. DAWSON

3