# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA HUSOK,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-01939-KJD-DJA<br><br>**ORDER** |

　　　　Presently before the Court is Defendants' Motion to File Excess Pages (#48). Plaintiff filed an opposition in response (#49). Defendants seek permission to file a Reply in excess of twenty (20) pages. Under LR 7-3(a), replies in support of a motion for summary judgment are limited to 20 pages. However, having read and considered Defendants' motion and good cause having been found, Defendants' motion is hereby granted. Defendants' Reply is limited to forty (40) pages, including the caption page, exhibits, index of exhibits, and certificate of electronic service. Additionally, Plaintiff's request to file a surreply is denied.

　　　　IT IS SO ORDERED that Defendants' Motion to File Excess Pages (#48) is **GRANTED**.

\\
\\
\\
\\

IT IS FURTHER ORDERED that Plaintiff's Opposition to Defendants' Motion to File Excess Pages (#49) is **DENIED**.

Dated this 12th day of May 2023.

_____
Kent J. Dawson
United States District Judge