FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants, Station Casinos LLC
And NP Red Rock LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA HUSOK,<br><br>                Plaintiff,<br><br>    vs.<br><br>STATION CASINOS, LLC, a Nevada<br>Limited Liability Company; NP RED<br>ROCK, LLC, d/b/a RED ROCK<br>CASINO, RESORT AND SPA, a<br>Nevada Limited Liability Company;<br>ROE Business Organizations I-X; and<br>DOE INDIVIDUALS I-X, Inclusive,<br><br>            Defendants.<br>_____ | Case No.: 2:20-cv-01939-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE SUMMARY JUDGMENT REPLY**<br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including July 31, 2023 to submit a reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment (ECF No. 45) (the "Opposition") filed on April 24, 2023.  Defendants' Motion for Summary Judgment (ECF No. 36) was filed September 29, 2022.  This is the third request for an extension to file this brief.

///

///

FP 47538326.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

1    Additional time is needed, and good cause for the extension exists, because

2  defense counsel was hospitalized for 11 days and since June 3 has been recuperating

3  from home on a limited work schedule.

4    FISHER & PHILLIPS                    KEMP & KEMP

5

6    By:/s/Scott M. Mahoney               By:/s/Victoria L. Neal
7    Scott M. Mahoney, Esq.               Victoria L. Neal, Esq.
     300 S. Fourth Street #1500           7435 W. Azure Drive #110
8    Las Vegas. NV 89101                  Las Vegas, NV 89130
     Attorney for Defendants              Attorney for Plaintiff
9

10   IT IS SO ORDERED:

11   _____
     UNITED STATES DISTRICT JUDGE

12   Dated: 6/27/2023 _____
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 2 -