```
FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants, Station Casinos LLC
And NP Red Rock LLC
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA HUSOK,<br><br>    Plaintiff,<br><br>vs.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>    Defendants.<br>_____ | Case No.: 2:20-cv-01939-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE SUMMARY JUDGMENT REPLY**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including August 21, 2023 to submit a reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment (ECF No. 45) (the "Opposition") filed on April 24, 2023.  Defendants' Motion for Summary Judgment (ECF No. 36) was filed September 29, 2022.  This is the fourth request for an extension to file this brief.

///

///

- 1 -

FP 47758984.1

As the Court was previously advised, defense counsel was recently hospitalized for 11 days and has been recuperating and doing therapy from home. While progress is being made, defense counsel is medically limited to a part-time schedule and needs additional time to complete the reply. The foregoing constitutes good cause for the extension sought.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By:/s/Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By:/s/Victoria L. Neal<br>Victoria L. Neal, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 07/27/2023

- 2 -

FP 47758984.1