```
1   FISHER & PHILLIPS LLP
    SCOTT M. MAHONEY, ESQ.
2   Nevada Bar No. 1099
3   300 S. Fourth Street
    Suite 1500
4   Las Vegas, NV  89101
    Telephone: (702) 252-3131
5   E-Mail Address:  smahoney@fisherphillips.com
    Attorney for Defendants, Station Casinos LLC
6   And NP Red Rock LLC
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA HUSOK, | Case No.: 2:20-cv-01939-KJD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |
| STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive, | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the Court continue the Settlement Conference currently scheduled for December 28, 2023 at 10:00 a.m. (ECF No. 62).

Per the Court's request, the parties have conferred and currently have the following alternative dates available: February 7, February 8, February 14, February 15 and February 21, 2024.  The Settlement Conference Statement will be due 7 days prior to the new date and all the other requirements set forth in the Order Setting Settlement Conference (ECF No.62) shall remain in full force and effect.

- 1 -

FP 48740066.1

This is the first request to reschedule the Settlement Conference. The request is made based on the schedule of the attendees and to allow Plaintiff, who resides out-of-state, to avoid having to travel during the holidays.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By:/s/Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By:/s/Victoria L. Neal<br>Victoria L. Neal, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff |

**IT IS HEREBY ORDERED** that the Settlement Conference scheduled for December 28, 2023 is VACATED and **RESET** to **Wednesday, February 7, 2024** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the written settlement statements must be submitted by 4:00 p.m. on Wednesday, January 31, 2024.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 62) shall remain in effect.

DATED:  November 22, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

- 2 -

FP 48740066.1