1  JAMES P. KEMP, ESQ.
   Nevada Bar No.: 6375
2  VICTORIA L. NEAL, ESQ.
   Nevada Bar No.: 13382
3  KEMP & KEMP
4  7435 W. Azure Drive, Suite 110
   Las Vegas, NV  89130
5  702-258-1183 ph /702-258-6983 fax
   jp@kemp-attorneys.com
6  vneal@kemp-attorneys.com

7
8  Attorneys for Plaintiff
   *JOSHUA HUSOK*

9
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

10

11  JOSHUA HUSOK,
                    Plaintiff,            Case No.: 2:20-cv-01939-KJD-DJA

12      vs.

13  STATION CASINOS, LLC, a Nevada         **STIPULATION AND ORDER TO**
    Limited Liability Company; NP RED ROCK, **EXTEND TIME TO SUBMIT JOINT**
14  LLC, d/b/a RED ROCK CASINO, RESORT     **PRETRIAL ORDER**
15  AND SPA, a Nevada Limited Liability
    Company; ROE Business Organizations I-X; **[First Request]**
16  and DOE INDIVIDUALS I-X, Inclusive,

17                  Defendants.

18

19

20         Plaintiff JOSHUA HUSOK and Defendant STATION CASINOS, LLC and NP RED ROCK,

21  LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, by and through their undersigned counsel,

22  hereby submit this Stipulation and Order to Extend Time To Submit Joint Pretrial Order. The current

23  deadline is March 8, 2024. The parties request a 30-day extension until April 8, 2024, to submit the

24  Joint Pretrial Order. This is the *first request* since the Court's order extending the Joint Pretrial Order

25  deadline and ordering a settlement conference. This request is made in good faith and is not made to

26  cause a delay. As demonstrated below, good cause exists for the parties' request.

27

28

**KEMP & KEMP**
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

1

1.   The parties engaged in a settlement conference with Magistrate Judge Albregts on February 7, 2024. (ECF No. 66.) A resolution was not reached.

2.   The parties have each exchanged drafts of the Joint Pretrial Order and have had telephonic contact regarding the same. They continue to work toward finalization but require more time to do so.

3.   The need for the extension arises because Plaintiff's attorney, Victoria L. Neal, Esq., underwent spine surgery on 12/29/23 which necessitated an eight-week medical leave of absence. Ms. Neal is currently on a reduced schedule due to complications arising from that surgery.

In consideration of the above, the parties submit that good cause exists to extend the deadline to submit the Joint Pretrial Order.

Dated:  March 6, 2024                           Dated:   March 6, 2024

Respectfully submitted,                          Respectfully submitted,

/s/ Victoria L. Neal                              /s/ Scott M. Mahoney
JAMES P. KEMP, ESQ., NV Bar #6375        SCOTT M. MAHONEY, ESQ., NV Bar #1099
VICTORIA L. NEAL, ESQ., NV Bar 13382      FISHER & PHILLIPS, LLP
KEMP & KEMP                                300 S. FOURTH STREET, SUITE 1500
                                           LAS VEGAS, NEVADA 89101
Attorneys for Plaintiff
Josh Husok                                 Attorneys for Defendants
                                           Station Casinos, LLC and NP Red Rock Casino
                                           LLC, d/b/a Red Rock Casino Resort and Spa

**IT IS SO ORDERED.**

Dated: _____March 7_____, 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983