JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*JOSHUA HUSOK*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA HUSOK,<br><br>    Plaintiff,<br><br>vs.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-01939-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT JOINT PRETRIAL ORDER**<br><br>**[SECOND REQUEST]** |

Plaintiff JOSHUA HUSOK and Defendant NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA[1], by and through their undersigned counsel, hereby submit this Stipulation and Order to Extend Time To Submit Joint Pretrial Order. The current deadline is April 8, 2024. The parties request a 14-day extension until April 22, 2024, to submit the Joint Pretrial Order. This request is made in good faith and is not made to cause a delay. As demonstrated below, good cause exists for the parties' request.

---

1 Claims against Station Casinos LLC were dismissed on summary judgment (ECF No. 58).

1

1. Since the Court's granting of a 30-day extension on March 6, 2024 (ECF No. 67), the parties have continued exchanging drafts, as well as engaged in conversation to resolve the issues. They continue to work toward finalization but require more time to do so.

In consideration of the above, the parties submit that good cause exists to extend the deadline to submit the Joint Pretrial Order.

| Dated: April 8, 2024 | Dated: April 8, 2024 |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Victoria L. Neal | /s/ Scott M. Mahoney |
| JAMES P. KEMP, ESQ., NV Bar #6375<br>VICTORIA L. NEAL, ESQ., NV Bar 13382<br>KEMP & KEMP | SCOTT M. MAHONEY, ESQ., NV Bar #1099<br>FISHER & PHILLIPS, LLP<br>300 S. FOURTH STREET, SUITE 1500<br>LAS VEGAS, NEVADA 89101 |
| Attorneys for Plaintiff<br>Josh Husok | Attorneys for Defendants<br>Station Casinos, LLC and NP Red Rock Casino LLC, d/b/a Red Rock Casino Resort and Spa |

**IT IS SO ORDERED.**

Dated: _____April 8_____, 2024.

_____
DANIEL J. ALBREGTS
MAGISTRATE JUDGE, UNITED STATES
DISTRICT COURT OF NEVADA

2