FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants, Station Casinos LLC
And NP Red Rock LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA HUSOK,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-01939-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL DEADLINE**<br>　　　　**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the time to submit a Joint Pretrial Order be extended up to and including May 24, 2024. This is the fourth request for an extension. The parties continue to have discussions and exchange drafts. However, as set forth in a prior submission, Plaintiff's lead counsel was recently hospitalized with ongoing health issues. Unfortunately, co-

- 1 -

FP 50495632.1

1  counsel is also scheduled to be hospitalized for surgery on the evening of April 30.

2  FISHER & PHILLIPS                                KEMP & KEMP

4  By:/s/Scott M. Mahoney                           By:/s/Victoria L. Neal
   Scott M. Mahoney, Esq.                           Victoria L. Neal, Esq.
5  300 S. Fourth Street #1500                       7435 W. Azure Drive #110
   Las Vegas. NV 89101                              Las Vegas, NV 89130
6  Attorney for Defendants                          Attorney for Plaintiff

   IT IS SO ORDERED:

   _____
   DANIEL J. ALBREGTS
   UNITED STATES MAGISTRATE JUDGE

   DATED: May 1, 2024

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 50495632.1

- 2 -