FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants, Station Casinos LLC
And NP Red Rock LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA HUSOK, <br>　　　　　Plaintiff, <br><br>　vs. <br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive, <br><br>　　　　　Defendants. | Case No.: 2:20-cv-01939-KJD-DJA <br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT MOTIONS IN LIMINE** <br>　　　(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the time to submit motions in limine be extended up to and including May 23, 2025. This is the first request for an extension. The parties have met and conferred regarding the potential motions but need additional time because counsel on both sides

- 1 -

of this case are also involved in a trial beginning May 19, 2025.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By:/s/Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By:/s/Victoria L. Neal<br>Victoria L. Neal, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: May 13, 2025

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 54860225.1

- 2 -