1 | FISHER & PHILLIPS LLP
2 | SCOTT M. MAHONEY, ESQ.
    Nevada Bar No. 1099
3 | 300 S. Fourth Street
    Suite 1500
4 | Las Vegas, NV  89101
    Telephone: (702) 252-3131
5 | E-Mail Address:  smahoney@fisherphillips.com
    Attorney for Defendants, Station Casinos LLC
6 | And NP Red Rock LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| JOSHUA HUSOK, | ) | Case No.: 2:20-cv-01939-KJD-DJA |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT MOTIONS IN LIMINE** |
| STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive, | ) | (Second Request) |
| Defendants. | ) | |

   IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the time to submit motions in limine be extended up to and including May 27, 2025.  This is the second request for an extension.  The parties have met and conferred regarding the potential motions but need additional time because counsel on both sides of this case are also involved in a trial that began on May 19, 2025 and has

- 1 -

FP 54990546.1

continued through the entire week and expected to go to the jury Friday, May 23, 2025.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By: /s/Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By: /s/Victoria L. Neal<br>Victoria L. Neal, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 5/23/2025

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 54990546.1