FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant, NP Red Rock LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA HUSOK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-cv-01939-KJD-DJA<br><br>**STIPULATION AND ORDER TO ALLOW CERTAIN WITNESSES TO TESTIFY BY CONTEMPORANEOUS TRANSMISSION FROM A DIFFERENT LOCATION** |

　　　　IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record, pursuant to Federal Rules of Civil Procedure 43(a), subject to the approval of the Court, and if appropriate arrangements and safeguards can be made, the following witnesses be permitted to appear at the trial which starts June 16, 2025 by contemporaneous transmission from a different location:

　　　　Nyemma Demmons. It has been determined that Ms. Demmons now resides in Maryland.

///

///

- 1 -

FP 55200326.1

1   Antonio Nunez. It has been learned that Mr. Nunez is out of town for
2   approximately one month but may be able to testify by Zoom. The parties are working
3   to resolve this issue.

FISHER & PHILLIPS

By: /s/Scott M. Mahoney
Scott M. Mahoney, Esq.
300 S. Fourth Street #1500
Las Vegas. NV 89101
Attorney for Defendants

KEMP & KEMP

By: /s/Victoria L. Neal
Victoria L. Neal, Esq.
7435 W. Azure Drive #110
Las Vegas, NV 89130
Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: _6/11/2025_

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 55200326.1