1

2    FISHER & PHILLIPS LLP
     SCOTT M. MAHONEY, ESQ.
3    Nevada Bar No. 1099
     300 S. Fourth Street
4    Suite 1500
     Las Vegas, NV  89101
5    Telephone: (702) 252-3131
     E-Mail Address:  smahoney@fisherphillips.com
6    Attorney for Defendant, NP Red Rock LLC

7              **UNITED STATES DISTRICT COURT**

8                 **DISTRICT OF NEVADA**

9    JOSHUA HUSOK,                    ) Case No.: 2:20-cv-01939-KJD-DJA
                          Plaintiff,  )
10                                    ) **STIPULATION AND ORDER TO**
                                      ) **EXTEND TIME TO RESPOND TO**
11        vs.                         ) **MOTIONS**
                                      )       **(First Request)**
12   STATION CASINOS, LLC, a Nevada   )
     Limited Liability Company; NP RED)
13   ROCK, LLC, d/b/a RED ROCK        )
     CASINO, RESORT AND SPA, a        )
14   Nevada Limited Liability Company;)
     ROE Business Organizations I-X; and)
15   DOE INDIVIDUALS I-X, Inclusive,  )
                                      )
16                       Defendants.  )
                                      )
17   _____)

18        IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of

19   record that Defendant will have up to and including November 17, 2025 to oppose or

20   otherwise respond to Plaintiff's Bill of Cost (ECF No. 130) and Plaintiff's Motion for

21   an Award of Attorney's Fees (ECF No. 131).  This is the first request for an extension

22

23

24

25

26

27

28

FP 60070177.1

of these deadlines.

FISHER & PHILLIPS

LEON GREENBERG PROFESSIONAL CORPORATION

By:/s/Scott M. Mahoney
Scott M. Mahoney, Esq.
300 S. Fourth Street #1500
Las Vegas. NV 89101
Attorney for Defendant

By:/s/ Ruthann Devereaux-Gonzalez, Esq.
Ruthann Devereaux-Gonzalez, Esq.
1811 South Rainbow Blvd. – Suite 210
Las Vegas, NV 89146
Attorney for Plaintiff

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

Dated:_____10/30/2025_____ _____

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 60070177.1