1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street
   Suite 1500
4  Las Vegas, NV  89101
   Telephone: (702) 252-3131
5  E-Mail Address:  smahoney@fisherphillips.com
   Attorney for Defendant, NP Red Rock LLC
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA HUSOK,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-01939-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO OPPOSITION TO MOTION FOR NEW TRIAL**<br>　　　　**(First Request)** |

　　　　IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have up to and including December 1, 2025 to reply to oppose or otherwise respond to Plaintiff's Opposition to Defendant's Motion for New Trial (ECF No. 137).  This is the first request for an extension of this deadline.  Defense counsel needs additional time because of deadlines and scheduled events in other

FP 60440911.1

- 1 -

1  matters.

2  FISHER & PHILLIPS                    KEMP & KEMP

4  By: /s/Scott M. Mahoney              By: /s/James P. Kemp
   Scott M. Mahoney, Esq.               James P. Kemp, Esq.
5  300 S. Fourth Street #1500           7435 W. Azure Drive #110
   Las Vegas. NV 89101                  Las Vegas, NV 89130
6  Attorney for Defendants              Attorney for Plaintiff

   IT IS SO ORDERED:

   _____
   UNITED STATES DISTRICT JUDGE

   Dated:  11/20/2025