UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA HUSOK,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORTAND SPA,<br><br>　　　　　　　Defendant. | Case No. 2:20-cv-01939-KJD-DJA<br><br>ORDER |

     Presently before the Court is Defendant's Motion for New Trial. The court has reviewed the Motion (#133), Plaintiff's Opposition (#137), and Defendant's Reply (#143).

     Defendant's Motion for New Trial is based on the argument that the verdict is contrary to the clear weight of the evidence. While the number of witnesses testifying in favor of Defendant was more numerous that those testifying in favor of Plaintiff, the jury was instructed that the weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify. The jury was further instructed on the factors of believability. While there is a factual dispute as to what was said during the meeting of February 13, 2018, it is undisputed that a subject matter of the meeting was the decision of Plaintiff to extend a conditional offer of employment to a disabled person (Zezy).  It is also undisputed that Plaintiff was a hiring manager who had hired other persons for the position in question, and that Zezy accepted, subject to the condition of passing a drug and/or background check. Plaintiff, during the meeting, disagreed with Defendant's HR Manager about the legality of imposing more rigorous conditions on disabled applicants than would be required of applicants without such disabilities. Plaintiff was terminated three days later.

1    The Court finds, based upon the evidence adduced at trial, the jury could find that Plaintiff opposed what he reasonably believed to be discrimination and was terminated in retaliation for his views. The Court cannot say that the verdict was contrary to the true weight of the evidence, based on false or perjurious testimony, or should be reversed on any ground necessary to prevent a miscarriage of justice.

Accordingly, Defendant's **Motion for a New Trial (#133)** is **DENIED.**

Dated:  1/9/2026

**KENT J. DAWSON**
UNITED STATES DISTRICT JUDGE