1

2

3

4                        UNITED STATES DISTRICT COURT

5                              DISTRICT OF NEVADA

6                                    * * *

7    JOSHUA HUSOK,                              Case No. 2:20-cv-01939-KJD-DJA

8                                  Plaintiff,
                                                       ORDER
9          v.

10   NP RED ROCK, LLC, d/b/a RED ROCK
     CASINO, RESORTAND SPA,
11
                                  Defendant.
12

13

14

15          Presently before the Court is Plaintiff's Motion for an Award of Attorney Fees and Costs.

16   The court has reviewed the Motion (#131), Defendant's Opposition (#137), and Plaintiff's Reply

17   (#141).

18          Plaintiff's Motion for an Award of Attorney's Fees and Costs seeks compensation as an

19   attorney for the prevailing party in this litigation.  Counsel for Defendant does not oppose the

20   request for costs of $8,105.88.

21          Citing awards of fees in this jurisdiction in similar cases, Defendant asserts that the hourly

22   rates requested for Plaintiff's Attorney and his associates is excessive. Defendant also questions

23   the need for two attorneys to attend the trial and whether the time spent in this case and the related

24   case of *Zezy Farfan v. Stations Casinos LLC* (Case No. 2:20-cv-01516-CDS-NJK) have been split.

25   Plaintiff's Reply affirms that attorney's fee billings for witnesses relevant to both this case and the

26   *Farfan* case were split.  With respect to whether two attorneys were needed to represent Plaintiff

27   during trial, it is not uncommon to see lead and associate counsel in employment cases and the

28   court observed Plaintiff's attorneys communicating with each other on various issues throughout

1    the trial.

2         Considering Defendant's objections to the hourly rates billed by Plaintiff's counsel, this

3    court has observed that hourly rates for both attorneys in general and specialized practice have

4    increased significantly in the past few years. The court also recognizes that employment law is a

5    highly specialized area of legal practice and that obtaining a plaintiff's verdict is not often assured.

6    Counsel for Defendant, in his Opposition, cites favorably to a Ninth Circuit case which suggests

7    that a small reduction, no greater than ten percent, can be imposed without a more specific

8    explanation. Counsel for Plaintiff, while reasserting that his billings are appropriate and fully

9    supported, concedes that an alternative award with a 10% reduction would be appropriate.  The

10   Court agrees that Plaintiff's hourly rates are reasonable based on the skill and experience of the

11   attorneys and the complexity of the legal issues faced. Because the parties agree that applying a

12   reduction of 10% to Plaintiff's request for attorney fees would be appropriate, the Court awards

13   attorney's fees for Plaintiff in the amount of $173,429.10. The Court also awards costs in the

14   amount of $8,105.88.

15        **Accordingly,** IT IS HEREBY ORDERD that Plaintiff's Motion for an Award of Attorney

16   Fees and Costs (#131) is **GRANTED.**

17        IT IS FURTHER ORDERED that the Clerk of the Court **enter a supplemental judgment**

18   for Plaintiff and against Defendant in the amount of **$173,429.10 for attorneys fees and $8,105.88**

19   **in costs.**

20

21        **Dated:**  1/9/2026

22

23        **KENT J. DAWSON**
     UNITED STATES DISTRICT JUDGE

24

25

26

27

28